IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK VILLASENOR, unmarried man, individually,**<br><br>　　　　　　**Plaintiff**,<br><br>　　v.<br><br>**STANISLAUS WILDERNESS VOLUNTEERS INCORPORATED, a California Public Benefit Corporation; and DOES 1 to 200, inclusive,**<br><br>　　　　　　**Defendants**. | 1:07-CV-0590 AWI DLB<br><br>**ORDER CLOSING CASE IN LIGHT OF RULE 41(a)(1)(ii) VOLUNTARY DISMISSAL** |

    On May 15, 2007, Plaintiff filed a stipulation for dismissal without prejudice of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). The notice is signed by each party who has appeared in this case.

    Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice. Carter v. Beverly Hills Sav. & Loan Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir.

1  1986).  Once the stipulation between the parties who have appeared is properly filed or made in
2  open court, no order of the court is necessary to effectuate dismissal.  Fed. R. Civ. Pro.
3  41(a)(1)(ii); <u>Eitel</u>, 782 F.2d at 1473 n.4.   Because Plaintiff has filed a stipulation for dismissal
4  without prejudice under Rule 41(a)(1)(ii), that is signed by all parties who have made an
5  appearance, this case has terminated.
6        Therefore, IT IS HEREBY ORDERED that the Clerk of the Court close this case in light
7  of parties' filed and properly signed Rule 41(a)(1)(ii) Stipulation For Dismissal Without
8  Prejudice.
9  IT IS SO ORDERED.
10 **Dated:   May 22, 2007**              /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE

2